

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00326-CV

Zulema **GARZA**,
Appellant

v.

Zulema J. **GARZA**, Jose Juan Garza, Jose Juan Garza, II, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. The Appellees' motion to dismiss is DENIED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED July 31, 2024.

_____
Irene Rios, Justice